**Dismiss and Opinion Filed June 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00719-CV

## IN THE INTEREST OF M.P. AND B.P., CHILDREN

On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-53809-2013

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

We **GRANT** appellant's June 6, 2014 motion to dismiss.  We **DISMISS** this appeal.

140719F.P05

/Molly Francis/

MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF M.P. AND B.P.,
CHILDREN

No. 05-14-00719-CV

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-53809-2013.
Opinion delivered by Justice Francis,
Justices Bridges and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.  We

**ORDER** that appellant Norma Thompson pay the costs, if any, of this appeal.

Judgment entered this 10th day of June, 2014.

/Molly Francis/

MOLLY FRANCIS
JUSTICE